# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156086(87)(89)

RITA KENDZIERSKI, BONNIE HAINES,
GREG DENNIS, LOUISE BERTOLINI, JOHN
BARKER, JAMES COWAN, VINCENT
POWIERSKI, ROBERT STANLEY, ALAN
MOROSCHAN, and GAER GUERBER, on
Behalf of Themselves and All Others Similarly
Situated,
   Plaintiffs-Appellees,

v

MACOMB COUNTY,
   Defendant-Appellant.

_____/

SC: 156086
COA: 329576
Macomb CC: 2010-001380-CK

  On order of the Chief Justice, the motion of plaintiffs-appellees to adjourn the case from the October 2018 session of the Court is GRANTED. The clerk is directed to schedule the case for oral argument at a future session of the Court. On further order of the Chief Justice, the motion of the Harper Woods Retirees Association, Inc., and the Michigan Fraternal Order of Police Labor Council, Inc., to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 14, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 16, 2018



Clerk